UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Zachary Groezinger
        Plaintiff

v.                                                  Civil Action No. 13-11814-ADB

Carver School Department, et al.
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>BURROUGHS, D.J.</u>

      The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                         By the Court,

                                                         /S/ Karen P. Folan

 5/27/15                                                  _____
  Date                                                    Karen P. Folan
                                                          Deputy Clerk